# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| MATTHEW TINCHER, individually and on behalf of all similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>QRS, Inc.,<br><br>    Defendant. | Case No. 3:22-cv-00001-JRG-DCP |

## NOTICE OF SETTLEMENT

Pursuant to the Court's February 7, 2022 Order (ECF No. 13), QRS, Inc. informs the Court that the parties' mediation was successful and the parties have reached a settlement of this case subject to finalization of settlement papers and an agreed dismissal pursuant thereto. This process is expected to be completed in the next thirty days. Undersigned counsel is authorized to state that Plaintiff's counsel join in this notice.

                                              */s/ Michael A. Malone*
                                              Michael A. Malone (BPR # 31219)
                                              Polsinelli PC
                                              401 Commerce Street, Suite 900
                                              Nashville, TN 37219
                                              Tel.: (615) 259-1567
                                              Email: mmalone@polsinelli.com

                                              **Counsel for QRS, Inc**.

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 17th day of March, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing attorneys of record.

                       */s/ Michael A. Malone*
                        Michael A. Malone