| | |
|---|---|
| MATTHEW TINCHER, individually and on behalf of all similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>QRS, Inc.,<br><br>    Defendant. | Case No. 3:22-cv-00001-JRG-DCP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Matthew Tincher and Defendant QRS, Inc., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice of all Matthew Tincher's individual claims against QRS with each party to bear its own attorneys' fees and costs.

*/s/ Daniel V. Parish*
Daniel V. Parish
Wolff Ardis, P.C.
5810 Shelby Oaks Drive
Memphis, TN 38134
dparish@wolffardis.com

Joseph M. Lyon
The Lyon Firm
2754 Erie Ave.
Cincinnati, OH 45208
jlyon@thelyonfirm.com

**Counsel for Matthew Tincher**

*/s/ Michael A. Malone*
Michael A. Malone (BPR # 31219)
Polsinelli PC
401 Commerce Street, Suite 900
Nashville, TN 37219
Tel.: (615) 259-1567
Email: mmalone@polsinelli.com

**Counsel for QRS, Inc.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of April, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing attorneys of record.

*/s/ Michael A. Malone*
Michael A. Malone
